175 A.3d 175

DEXTER & KILCOYNE, ESQS., PLAINTIFFS–RESPONDENTS, v. ANTHONY X. ARTURI, JR., ESQ. AND ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP, DEFENDANTS–PETITIONERS.

C–368 September Term 2017
080113

November 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004862–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.